FILED
MAY 0 4 2017
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GTAT CORPORATION,<br><br>             Plaintiff,<br><br>vs.<br><br>CHAD FERO,<br><br>             Defendant. | CV 17–55–M–DWM<br><br>ORDER |

      Plaintiff GTAT Corporation moves for the admission of Andrea Weiss Jeffries to practice before this Court in this case with Robert C. Lukes and Alan F. McCormick to act as local counsel. Ms. Jeffries's application appears to be in order.

      Accordingly, IT IS ORDERED that Plaintiff's motion to admit Andrea Weiss Jeffries *pro hac vice* (Doc. 10) is GRANTED on the condition that Ms. Jeffries shall do her own work. This means that Ms. Jeffries must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Jeffries, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

Dated this 4th day of May, 2017.

Donald W. Molloy, District Judge
United States District Court