Robert C. Lukes
Alan F. McCormick
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
rclukes@garlington.com
afmccormick@garlington.com

Andrea Weiss Jeffries
Christine Duh
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5397
Fax: (213) 443-5400
andrea.jeffries@wilmerhale.com
christine.duh@wilmerhale.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GTAT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>CHAD FERO,<br><br>  Defendant. | 17-55-M-DWM<br><br>GTAT'S NOTICE OF INTENT TO FILE REPLY |

Plaintiff, GTAT Corporation ("GTAT"), files this notice to inform the Court of its

intent to file a "Reply to Chad Fero's Verified Response to GTAT'S Identification of

Trade Secrets," by noon on Thursday, May 25, 2017. This notice is filed because GTAT is concerned the Court could rule on the injunction before GTAT has an opportunity to present evidence/argument that many of the matters set forth in Defendant Fero's response are inaccurate.

DATED this 24th day of May, 2017.

/s/ Robert C. Lukes
Attorneys for Plaintiff