

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GTAT CORPORATION,<br><br>              Plaintiff,<br><br>vs.<br><br>CHAD FERO,<br><br>              Defendant. | CV 17–55–M–DWM<br><br>ORDER |

The rules do not contemplate the "who gets the last word" filing occurring in this case. IT IS ORDERED that the parties cease filing additional/supplemental/rebuttal documents without the permission of the Court.

Dated this 24th day of May, 2017.

Donald W. Molloy, District Judge
United States District Court