IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GTAT CORPORATION,<br><br>                Plaintiff,<br><br>   vs.<br><br>CHAD FERO,<br><br>                Defendant. | CV 17–55–M–DWM<br><br>ORDER |

      Plaintiff, GTAT Corporation, having filed an unopposed motion to reschedule the preliminary pretrial conference,

      IT IS ORDERED that the Motion (Doc. 31) is GRANTED and the Preliminary Pretrial Conference now set for June 29, 2017, is VACATED and RESET for July 27, 2017, at 1:30 p.m. in the Russell Smith Courthouse, Missoula, Montana.

      On or before July 20, 2017, the parties shall file with the Court a written report outlining the joint discovery plan.

      On or before July 20, 2017, counsel for the respective parties shall each file a preliminary pretrial statement. *See* Fed. R. Civ. P. 26(a)(1). The statement shall address all matters listed in L.R. 16.2(b)(1).

1

IT IS FURTHER ORDERED that on or before July 20, 2017, Plaintiff must separately file a Statement of Stipulated Facts to which all parties agree.  *See* L.R. 16.2(b)(3).

The Court's Order dated May 23, 2017, shall remain in full force and effect in all other respects.

Dated this 1st day of June, 2017.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

2