IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

JUL 0 5 2017

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| GTAT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD FERO,<br><br>Defendant. | CV 17–55–M–DWM<br><br>ORDER |

Defendant Chad Fero moves for the admission of Brent Lawson Caslin to practice before this Court in this case with Robert Griffin to act as local counsel. Mr. Caslin's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Brent Lawson Caslin *pro hac vice* (Doc. 37) is GRANTED on the condition that Mr. Caslin shall do his own work. This means that Mr. Caslin must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

1

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Caslin, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

Dated this __5th__ day of July, 2017.

Donald W. Molloy, District Judge
United States District Court

2