
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

JUL 05 2017

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| GTAT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD FERO,<br><br>Defendant. | CV 17–55–M–DWM<br><br>ORDER |

Defendant Chad Fero moves for the admission of Kelly Marie Morrison to practice before this Court in this case with Robert Griffin to act as local counsel. Ms. Morrison's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Kelly Marie Morrison *pro hac vice* (Doc. 38) is GRANTED on the condition that Ms. Morrison shall do her own work. This means that Ms. Morrison must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

1

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Morrison, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

Dated this ___5___ day of July, 2017.

                                    Donald W. Molloy, District Judge
                                    United States District Court