FILED
SEP 14 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GTAT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAD FERO,<br><br>    Defendant. | CV 17–55–M–DWM<br><br>ORDER |

  Plaintiff GTAT Corporation moves for the admission of Mark A. Finkelstein to practice before this Court in this case with Robert C. Lukes and Alan F. McCormick to act as local counsel. Mr. Finkelstein's application appears to be in order.

  Accordingly, IT IS ORDERED that Plaintiff's motion to admit Mark A. Finkelstein *pro hac vice* (Doc. 62) is GRANTED on the condition that Mr. Finkelstein shall do his own work. This means that Mr. Finkelstein must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's

1

electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Finkelstein, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

Given that GTAT already has two *pro hac vice* counsel and two local counsel, IT IS FURTHER ORDERED that within that same fifteen (15) day period, GTAT shall either explain why it needs five lawyers or notice the withdrawal of at least one attorney of its choosing. Increasing the number of attorneys on this case risks disrupting the efficient administration of this matter and communication with the opposing party.

Dated this 14th day of September, 2017.

Donald W. Molloy, District Judge
United States District Court